CHRISTIANA SCHULTZE

*v.*

JOHN HENRY SCHULTZE.

[Submitted March 23d, 1909.  Decided June 14th, 1909.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *73 N. J. Eq. (3 Buch.) 597.*

Mr. *John J. Fallon,* for the appellant.

Mr. *William S. Stuhr,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion of Vice-Chancellor Howell, delivered in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—15.

*For reversal*—None.